FILED

MAY 04 2016

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

KENNETH E. KELLER (SBN 71450) kkeller@ksrh.com
ETHAN JACOBS (SBN 291838) ejacobs@ksrh.com
KELLER, SLOAN, ROMAN & HOLLAND LLP
555 Montgomery Street, 17th Floor
San Francisco, California 94111
Telephone:    (415) 249-8330
Facsimile:    (415) 249-8333

STEPHEN M. GAFFIGAN (*pro hac vice* pending) stephen@smgpa.net
STEPHEN M. GAFFIGAN, P.A.
401 East Las Olas Boulevard, Suite 130-453
Ft. Lauderdale, Florida 33301
Telephone:    (954) 767-4819
Facsimile:    (954) 767-4821

Attorneys for Plaintiff CHANEL, INC.

POWER OF ATTORNEY
ON FILE WITH
CLERK, U.S. DISTRICT COURT

DEPUTY CLERK

THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHANEL, INC., a New York corporation,  ) | Case No. 16-cv-02259-EMC |
| ) | |
| Plaintiff,  ) | **NOTICE OF FILING BOND** |
| ) | |
| v.  ) | **FILED UNDER SEAL** |
| ) | |
| HSIAO YIN FU a/k/a NICKY FU a/k/a  ) | |
| NICKY HSAIO YIN FU a/k/a HSIAO  ) | |
| YINFU a/k/a NICKI HSIAO a/k/a PEER  ) | |
| FU, an individual, d/b/a NICKY'S d/b/a  ) | |
| NICKY'S EUROPEAN FASHION, and  ) | |
| DOES 1-10,  ) | |
| ) | |
| Defendants.  ) | |
| ) | |
| ) | |

Plaintiff, Chanel, Inc., by and through its undersigned counsel, hereby gives notice of filing the original bond certificate issued (attached hereto), in compliance with the Court's Sealed Order Granting in Part and Denying in Part Plaintiff's *Ex Parte* Application for Entry of TRO and Seizure

1

NOTICE OF FILING BOND

Order, etc.; and Granting Motion for Leave to File Excess Pages, dated May 3, 2016.

Dated: May 4, 2016                    KELLER, SLOAN, ROMAN & HOLLAND LLP

By: _____
ETHAN JACOBS
Attorneys for Plaintiff CHANEL, INC.

THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHANEL, INC., a New York corporation )<br>)<br>Plaintiff, )<br>v. )<br>)<br>HSIAO YIN FU a/k/a NICKY FU a/k/a )<br>NICKY HSAIO YIN FU a/k/a HSIAO )<br>YINFU a/k/a NICKY HSIAO a/k/a PEER )<br>FU, an individual, d/b/a NICKY'S d/b/a )<br>NICKY'S EUROPEAN FASHION, and )<br>DOES 1-10, )<br>Defendants. ) | Case No.: C-16-2259 EMC<br><br>**SEIZURE BOND**<br><br>Bond No.: 2210336 |

WE, CHANEL, INC. ("plaintiff"), as Principal, and NORTH AMERICAN SPECIALTY INSURANCE COMPANY, as Surety, are bound unto HSIAO YIN FU a/k/a NICKY FU a/k/a NICKY HSAIO YIN FU a/k/a HSIAO YINFU a/k/a NICKI HSIAO a/k/a PEER FU, an individual, d/b/a NICKY'S d/b/a NICKY'S EUROPEAN FASHION, and DOES 1-10, inclusive, ("defendants"), as Obligee, in the sum of $20,000.00 (TWENTY-THOUSAND DOLLARS) for the payment of which we bind ourselves, our heirs, personal representatives, successors and assigns, jointly and severally.

THE CONDITION OF THIS BOND is that if the Principal obtaining this order under subsection 15 U.S.C. §1116 shall pay all costs and damages that the obligee sustains in consequence of the principal obtaining a wrongful seizure in this action then this bond is void, otherwise it remains in force.

EFFECTIVE DATE: May 3, 2016

_____
Principal or Attorney for Principal

NORTH AMERICAN SPECIALTY INSURANCE COMPANY
475 North Martingale Rd., Ste. 850, Schaumburg, IL 60173

_____
Nicholas A. Hanley, Attorney-In-Fact and
California Agent License #0G73394

APPROVED BY ME ON THIS

_____ DAY OF _____ 20_____

_____
(Judge)(Clerk)

**NAS SURETY GROUP**

NORTH AMERICAN SPECIALTY INSURANCE COMPANY
WASHINGTON INTERNATIONAL INSURANCE COMPANY

**GENERAL POWER OF ATTORNEY**

KNOW ALL MEN BY THESE PRESENTS, THAT North American Specialty Insurance Company, a corporation duly organized and existing under laws of the State of New Hampshire, and having its principal office in the City of Manchester, New Hampshire, and Washington International Insurance Company, a corporation organized and existing under the laws of the State of New Hampshire and having its principal office in the City of Schaumburg, Illinois, each does hereby make, constitute and appoint:

**WILLIAM R. HANLEY, NICHOLAS A. HANLEY,**

**and APRIL M. REAGAN**

**JOINTLY OR SEVERALLY**

Its true and lawful Attorney(s)-in-Fact, to make, execute, seal and deliver, for and on its behalf and as its act and deed, bonds or other writings obligatory in the nature of a bond on behalf of each of said Companies, as surety, on contracts of suretyship as are or may be required or permitted by law, regulation, contract or otherwise, provided that no bond or undertaking or contract or suretyship executed under this authority shall exceed the amount of: **TEN MILLION ($10,000,000.00) DOLLARS**

This Power of Attorney is granted and is signed by facsimile under and by the authority of the following Resolutions adopted by the Boards of Directors of both North American Specialty Insurance Company and Washington International Insurance Company at meetings duly called and held on the 9th of May, 2012:

"RESOLVED, that any two of the Presidents, any Managing Director, any Senior Vice President, any Vice President, any Assistant Vice President, the Secretary or any Assistant Secretary be, and each or any of them hereby is authorized to execute a Power of Attorney qualifying the attorney named in the given Power of Attorney to execute on behalf of the Company bonds, undertakings and all contracts of surety, and that each or any of them hereby is authorized to attest to the execution of any such Power of Attorney and to attach therein the seal of the Company; and it is

FURTHER RESOLVED, that the signature of such officers and the seal of the Company may be affixed to any such Power of Attorney or to any certificate relating thereto by facsimile, and any such Power of Attorney or certificate bearing such facsimile signatures or facsimile seal shall be binding upon the Company when so affixed and in the future with regard to any bond, undertaking or contract of surety to which it is attached."

By _____
Steven P. Anderson, Senior Vice President of Washington International Insurance Company
& Senior Vice President of North American Specialty Insurance Company

By _____
Michael A. Ito, Senior Vice President of Washington International Insurance Company
& Senior Vice President of North American Specialty Insurance Company

IN WITNESS WHEREOF, North American Specialty Insurance Company and Washington International Insurance Company have caused their official seals to be hereunto affixed, and these presents to be signed by their authorized officers this 11th day of January, 2016.

**North American Specialty Insurance Company**
**Washington International Insurance Company**

State of Illinois
County of Cook  ss:

On this 11th day of January, 2016, before me, a Notary Public personally appeared Steven P. Anderson, Senior Vice President of Washington International Insurance Company and Senior Vice President of North American Specialty Insurance Company and Michael A. Ito, Senior Vice President of Washington International Insurance Company and Senior Vice President of North American Specialty Insurance Company, personally known to me, who being by me duly sworn, acknowledged that they signed the above Power of Attorney as officers of and acknowledged said instrument to be the voluntary act and deed of their respective companies.

OFFICIAL SEAL
M KENNY
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 12/04/2017

M. Kenny, Notary Public

I, Jeffrey Goldberg, the duly elected Assistant Secretary of North American Specialty Insurance Company and Washington International Insurance Company, do hereby certify that the above and foregoing is a true and correct copy of a Power of Attorney given by said North American Specialty Insurance Company and Washington International Insurance Company, which is still in full force and effect.

IN WITNESS WHEREOF, I have set my hand and affixed the seals of the Companies this 03 day of May, 2016.

Jeffrey Goldberg, Vice President & Assistant Secretary of
Washington International Insurance Company & North American Specialty Insurance Company

```
Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611115048
Cashier ID: sprinka
Transaction Date: 05/04/2016
Payer Name: nationwide legal llc
```

POWER OF ATTORNEY
 For: north american specialty
 Amount:     $46.00
POWER OF ATTORNEY
 For: nicholas hanley
 Amount:     $46.00

PAPER CHECK CONVERSION
 Check/Money Order Num: 160953
 Amt Tendered: $92.00

Total Due:      $92.00
Total Tendered: $92.00
Change Amt:     $0.00

16-2259emc

Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.