1  KENNETH E. KELLER (SBN 71450) kkeller@ksrh.com
   ETHAN JACOBS (SBN 291838) ejacobs@ksrh.com
2  KELLER, SLOAN, ROMAN & HOLLAND LLP
   555 Montgomery Street, 17th Floor
3  San Francisco, California 94111
   Telephone:    (415) 249-8330
4  Facsimile:    (415) 249-8333

5  STEPHEN M. GAFFIGAN (pro hac vice pending) stephen@smgpa.net
6  STEPHEN M. GAFFIGAN, P.A.
   401 East Las Olas Boulevard, Suite 130-453
7  Ft. Lauderdale, Florida 33301
   Telephone:    (954) 767-4819
8  Facsimile:    (954) 767-4821

9  Attorneys for Plaintiff CHANEL, INC.

10

11 BRIAN WANG (SBN 245983) bwang1@gmail.com
   LAW OFFICES OF BRIAN WANG
12 10008 Langston Street
   Rancho Cucamonga, California 91730
13 Telephone:    (626) 512-2249

14 Attorneys for Defendant HSIAO YIN FU

15              IN THE UNITED STATES DISTRICT COURT

16          FOR THE NORTHERN DISTRICT OF CALIFORNIA

17

18 CHANEL, INC., a New York corporation,    )   Case No. 16-cv-02259-EMC
                                            )
19              Plaintiff,                  )   [PROPOSED] CONSENT
                                            )   PRELIMINARY INJUNCTION AND
20 v.                                       )   ORDER CONFIRMING SEIZURE
                                            )
21 HSIAO YIN FU  a/k/a NICKY FU a/k/a       )   FILED UNDER SEAL
   NICKY HSAIO YIN FU a/k/a HSIAO           )
22 YINFU a/k/a NICKI HSIAO a/k/a PEER       )
   FU, an individual, d/b/a NICKY'S d/b/a   )
23 NICKY'S EUROPEAN FASHION, and            )
   DOES 1-10,                               )
24                                          )
                                            )
25              Defendants.                 )
                                            )
26                                          )
                                            )
27                                          )

28
                                    1

WHEREAS, this action having been commenced by Plaintiff, Chanel, Inc. ("Chanel") against the Defendant, Hsiao Yin Fu a/k/a Nicky Fu a/k/a Nicky Hsaio Yin Fu a/k/a Hsiao Yinfu a/k/a Nicki Hsiao a/k/a Peer Fu, an individual, d/b/a Nicky's d/b/a Nicky's European Fashion (the "Defendant"), alleging *inter alia*, trademark counterfeiting and trademark infringement, false designation of origin, trademark dilution, common law trademark infringement and common law unfair competition, and breach of contract, and a copy of the Summons, Verified Complaint, Order Granting in Part and Denying in Part Plaintiff's *Ex Parte* Application for Entry of TRO and Seizure Order, etc.; and Granting Motion for Leave to File Excess Pages, dated May 3, 2016 [DE 23 *SEALED*] (the "Sealed Order"), supporting papers, and Orders issued to date having been served upon the Defendant pursuant to the Sealed Order, and Rule 4, Federal Rules of Civil Procedure:

IT IS STIPULATED, ORDER, ADJUDGED AND DECREED that:

1.     This Court has jurisdiction of the subject matter of all counts of this action and over all of the named parties hereto.

2.     Chanel is the owner of the following trademarks (the "Chanel Marks") in connection with high quality leather products, including handbags and wallets, jewelry products, clothing products, and sunglasses in connection with the trademarks identified on the attached Schedule "A" (the "Chanel Marks");

3.     Defendant and her respective officers, agents, servants, employees, and attorneys, as well as other persons in active concert and participation with Defendant or any such person listed above, without an admission of liability, are hereby restrained and enjoined, pending termination of this action, from:

a.     manufacturing, importing, advertising, promoting, offering to sell, selling, distributing, or transferring any products, product packaging, or labeling

2

bearing the Chanel Marks (see Schedule "A"), or any confusingly similar mark, other than those actually manufactured and distributed by Plaintiff;

b.    secreting, concealing, destroying, selling off, transferring, or otherwise disposing of: (i) any products or product packaging not manufactured or distributed by Plaintiff bearing the Chanel Marks, or any confusingly similar mark; or (ii) any evidence relating to the manufacture, importation, sale, offer for sale, distribution, or transfer of any products or product packaging bearing the Chanel Marks; and

c.    instructing, aiding, or abetting any other person or business entity engaging in any of the activities referred to subparagraphs "a." and "b." above.

4.    Any third party (1) who is a limited custodian of documents and other evidence that (a) belongs to Defendant or that (b) is in Defendant's possession, custody, or control or (2) who is a custodian with responsibility for maintaining records on behalf of Defendant, being served with a copy of this Order is, to the extent not already done, ordered to preserve any and all records (including electronic) in its possession, custody, or control that are connected with the Defendant's use of the Chanel Marks at issue in this matter. Within five (5) days from the receipt of this Order, to the extent not already done, the third party shall provide Plaintiff's counsel with a sworn affidavit confirming compliance with this Order

5.    The seal in this matter is hereby removed, and the Clerk is instructed to return this file to the public portion of the Court records **excluding (i)** paragraphs 4, 5, and 6 of the Declaration of Stephen M. Gaffigan in Support of Plaintiff's Emergency *Ex Parte* Application, together with Exhibit 3 to that declaration, and **(ii)** Exhibit "1" – the Confidential Settlement Agreement - attached to the Verified Complaint and the First Amended Complaint which must

3

*[handwritten top right:]* FILE REDACTED COPIES OF DOCKET NOS. 1, 28, 6, AND 6-3 FORTHWITH. ←

1   remain permanently under seal due to the terms and requirements of the Confidential Settlement

2   Agreement; *[handwritten:]* IN SHORT, THE CLERK SHALL LIFT THE SEALING OF THIS MATTER BUT DOCKET NOS. 1, 28, 6, AND 6-3 SHALL BE FILED UNDER SEAL.

3       6.      The seizure effected on May 4, 2016 pursuant to this Court's Order is hereby

4   confirmed, *[handwritten:]* EXCEPT THAT PLAINTIFF SHALL ADDRESS WHY THE SEIZURE

5   *[handwritten:]* THAT WAS EFFECTED EXCEEDED THE SCOPE OF THE

6   SO STIPULATED: *[handwritten:]* COURT'S SEIZURE ORDER, EVEN AFTER PLAINTIFF

7   Plaintiff:  **Chanel, Inc.** *[handwritten:]* WAS INFORMED THAT THE COURT WOULD NOT EXPAND

8   *[handwritten:]* THE SEIZURE ORDER. PLAINTIFF SHALL RESPOND

9   DATED: May *16*, 2016 *[handwritten:]* BY MAY 26, 2016

10  KELLER, SLOAN, ROMAN & HOLLAND LLP

11

12  *[signature]*
    Ethan Jacobs

13

14  **Defendant:  Hsiao Yin Fu a/k/a Nicky Fu a/k/a Nicky Hsaio Yin Fu a/k/a Hsiao Yinfu a/k/a Nicki Hsiao a/k/a Peer Fu, an individual, d/b/a Nicky's d/b/a Nicky's European Fashion**

15  LAW OFFICES OF BRIAN WANG

16

17  *[signature]*

18  Brian Wang

19      **IT IS SO ORDERED.**

20

21  Dated: May _20_, 2016

22  *[signature]*
    EDWARD M. CHEN
    United States District Judge

23

24

25

26

27

28

4

CONSENT PRELIMINARY INJUNCTION
AND ORDER CONFIRMING SEIZURE

## SCHEDULE A

| Trademark | Registration Number | Registration Date | Class(es)/Goods |
|---|---|---|---|
| CHANEL | 0,626,035 | May 1, 1956 | IC 18 - Women's handbags |
| CHANEL | 1,733.051 | November 17, 1992 | IC 18 - Leather goods; namely, handbags, wallets, travel bags, luggage, business and credit card cases, change purses, tote bags, cosmetic bags sold empty, and garment bags for travel |
| ᛇᛇ | 1,734,822 | November 24, 1992 | IC 18 - Leather goods: namely, handbags, wallets, travel bags, luggage, business card cases, change purses, tote bags, and cosmetic bags sold empty |
| ᛇᛇ | 3,025,934 | December 13, 2005 | IC 18 – Handbags |
| ᛇᛇ | 1,501,898 | August 30, 1988 | IC 06 – Keychains<br>IC 14 – Costume Jewelry<br>IC 16 – Gift Wrapping Paper<br>IC 25 – Blouses, Shoes, Belts, Scarves, Jackets, Men's Ties<br>IC 26 – Brooches and Buttons for Clothing |
| ᛇᛇ | 4,241,822 | November 13, 2012 | IC 25 – Clothing; namely, coats, jackets, dresses, tops, blouses, sweaters, cardigans, skirts. vests, pants, jeans, belts, swim wear, pareos, beach cover-ups, hats. sun visors, scarves, shawls, ties, gloves, footwear, hosiery and socks |

CONSENT PRELIMINARY INJUNCTION
AND ORDER CONFIRMING SEIZURE

| Trademark | Registration Number | Registration Date | Class(es)/Goods |
|---|---|---|---|
| CHANEL | 3,134.695 | August 29, 2006 | IC 09 - ski goggles, eyeglass frames, sunglasses, sunglass parts, cases for spectacles and sunglasses<br>IC 25 - sun visors. swimwear, stockings<br>IC 26 hair accessories, namely, barrettes<br>IC 28 - bags specially adopted for sports equipment, skis, tennis rackets, tennis balls, tennis racket covers |
| CHANEL | 1,571.787 | December 19, 1989 | IC 14 – Watches |
| CHANEL | 1,241.265 | June 7, 1983 | IC 25 - Suits, jackets, skirts, dresses, pants, blouses, tunics, sweaters, cardigans, coats, raincoats, scarves, shoes and boots |

6

CONSENT PRELIMINARY INJUNCTION
AND ORDER CONFIRMING SEIZURE