KENNETH E. KELLER (SBN 71450) kkeller@ksrh.com
ETHAN JACOBS (SBN 291838) ejacobs@ksrh.com
KELLER, SLOAN, ROMAN & HOLLAND LLP
555 Montgomery Street, 17th Floor
San Francisco, California 94111
Telephone:   (415) 249-8330
Facsimile:   (415) 249-8333

Attorneys for Plaintiff CHANEL, INC.

BRIAN WANG (SBN 245983) bwang1@gmail.com
LAW OFFICES OF BRIAN WANG
10008 Langston Street
Rancho Cucamonga. California 91730
Telephone: (626) 512-2249

Attorneys for Defendant HSIAO YIN FU

THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHANEL, INC., a New York corporation, <br><br> Plaintiff, <br><br> v. <br><br> HSIAO YIN FU  a/k/a NICKY FU a/k/a NICKY HSAIO YIN FU a/k/a HSIAO YINFU a/k/a NICKI HSIAO a/k/a PEER FU, an individual, d/b/a NICKY'S d/b/a NICKY'S EUROPEAN FASHION, and DOES 1-10, <br><br> Defendants. | Case No. 3:16-cv-02259-EMC <br><br> **STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING CASE MANAGEMENT CONFERENCE** <br><br> Judge: Hon. Edward M. Chen |

Pursuant Civil Local Rules 6-2 and 7-12, the parties to this action, Plaintiff Chanel, Inc. ("Plaintiff") and Defendant Hsaio Yin Fu ("Defendant"), by and through their attorneys of record, hereby stipulate to the following:

On April 27, 2016, the Court entered a Case Management Conference Order that set an initial Case Management Conference for Thursday, July 28, 2016 at 9:30 a.m. (Dkt. No. 22.) Chanel's counsel is scheduled to appear in Los Angeles on July 28 to attend oral argument in another federal matter (*Hyundai Motor America, Inc. v. Pinnacle Group, LLC*, C.D. Cal. Case No. 14-CV-576 CJC-JPR) on a recently-noticed discovery motion, while Defendant's counsel will be out of the country on that day as well. (*See* July 11, 2016 Declaration of Kenneth E. Keller ("Keller Decl."), ¶¶ 2-3). Defendant's counsel has been out of the country for an extended period of time on business in China and he is not expected to return until September, 2016. (*Id.* ¶ 3). Furthermore, Defendant's counsel has advised Chanel's counsel that he is getting married in China during August 2016. (*Id.* ¶ 3). Finally, the parties anticipate engaging in settlement discussions and scheduling a mediation at some point in the near future. (*Id.* ¶ 4). Accordingly, the parties respectfully request entry of an Order rescheduling the initial Case Management Conference from Thursday, July 28, 2016 to Thursday, September 8, 2016 at 9:30 a.m.

There have been no previous time modifications in the case. There are no events scheduled in the case at this time, so the requested continuance would not affect the schedule for the case.

SO STIPULATED:

Dated: July 11, 2016

KELLER, SLOAN, ROMAN & HOLLAND, LLP

By: __/s/ Kenneth E. Keller_____
KENNETH E. KELLER
*Attorneys for Plaintiff Chanel, Inc.*

LAW OFFICES OF BRIAN WANG

By: __/s/ Brian Wang_____
BRIAN WANG
*Attorneys for Defendant Hsaio Yin Fu*

### FILER'S ATTESTATION

Pursuant to Local Rule 5-1(i)(3), I hereby attest that the other signatory listed, on whose behalf the filing is submitted, concurs in the filing's content and has authorized the filing.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 11th day of July, 2016 in San Francisco, California.

By: __/s/ Kenneth E. Keller_____
KENNETH E. KELLER

### ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: July _18_, 2016          _____
The Honorable Edward M. Chen
United States District Judge