KENNETH E. KELLER (SBN 71450) kkeller@ksrh.com
ETHAN JACOBS (SBN 291838) ejacobs@ksrh.com
KELLER, SLOAN, ROMAN & HOLLAND LLP
555 Montgomery Street, 17th Floor
San Francisco, California 94111
Telephone:   (415) 249-8330
Facsimile:   (415) 249-8333

Attorneys for Plaintiff CHANEL, INC.

BRIAN WANG (SBN 245983) bwang1@gmail.com
LAW OFFICES OF BRIAN WANG
10008 Langston Street
Rancho Cucamonga. California 91730
Telephone: (626) 512-2249

Attorneys for Defendant HSIAO YIN FU

THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHANEL, INC., a New York corporation,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>HSIAO YIN FU  a/k/a NICKY FU a/k/a NICKY HSAIO YIN FU a/k/a HSIAO YINFU a/k/a NICKI HSIAO a/k/a PEER FU, an individual, d/b/a NICKY'S d/b/a NICKY'S EUROPEAN FASHION, and DOES 1-10,<br><br>　　　　　Defendants. | Case No. 3:16-cv-02259-EMC<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Judge: Hon. Edward M. Chen |

Pursuant Civil Local Rules 6-2 and 7-12, the parties to this action, Plaintiff Chanel, Inc. ("Plaintiff") and Defendant Hsaio Yin Fu ("Defendant"), by and through their attorneys of record, hereby stipulate to the following:

On April 27, 2016, the Court entered a Case Management Conference Order that set an initial Case Management Conference for Thursday, July 28, 2016 at 9:30 a.m. (Dkt. No. 22.) On July 18, the Court approved the parties' joint stipulation and proposed order continuing the Case Management Conference to September 8, 2016. (Dkt. No. 43.) Defendant's counsel has been out of the country for several months, and recently informed Chanel's counsel that he will be out of the country on his honeymoon on September 8. (*See* August 17, 2016 Declaration of Ethan Jacobs ("Jacobs Decl."), ¶¶ 1-2).

Furthermore, the parties anticipate engaging in settlement discussions and scheduling a mediation at some point in the near future. (*Id.* ¶ 3). Accordingly, the parties respectfully request entry of an Order rescheduling the initial Case Management Conference from Thursday, September 8, 2016 to Thursday, September 22 at 9:30 a.m.

There has been one previous time modification in the case, when the Case Management Conference was continued in July at the parties' request. (Dkt. No. 43.) There are no events scheduled in the case at this time other than the Case Management Conference, so the requested continuance would not affect the schedule for the case.

SO STIPULATED:

Dated: August 18, 2016                    KELLER, SLOAN, ROMAN & HOLLAND, LLP


                                          By: ___/s/ Kenneth E. Keller_____
                                              KENNETH E. KELLER
                                              Attorneys for Plaintiff Chanel, Inc.

Dated: August 18, 2016                    LAW OFFICES OF BRIAN WANG


                                          By: ___/s/ Brian Wang_____
                                              BRIAN WANG
                                              Attorneys for Defendant Hsaio Yin Fu

1

**FILER'S ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), I hereby attest that the other signatory listed, on whose behalf the filing is submitted, concurs in the filing's content and has authorized the filing.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed this 18th day of August, 2016 in San Francisco, California.

By: ___/s/ Kenneth E. Keller_____
KENNETH E. KELLER

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  August 19, 2016      _____
The Honorable Edward M. Chen
United States District Judge



2