UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHANEL, INC.,<br><br>　　　　Plaintiff(s)<br><br>v.<br><br>HSIAO YIN FU, et al.,<br><br>　　　　Defendant(s) | CASE No  CIV-16-02259 EMC<br><br>STIPULATION AND [PROPOSED]xx<br>ORDER SELECTING ADR PROCESS |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties agree to participate in the following ADR process:

- ☐ **Early Neutral Evaluation (ENE)** (ADR L.R. 5)
- ☐ **Mediation** (ADR L.R. 6)
- ☒ **Private ADR** (*specify process and provider*)
  The parties are currently meeting and conferring to choose a provider.

> *Note: Magistrate judges do not conduct mediations under ADR L.R. 6. To request an early settlement conference with a Magistrate Judge, you must file a Notice of Need for ADR Phone Conference. Do not use this form. See Civil Local Rule 16-8 and ADR L.R. 3-5.*

The parties agree to hold the ADR session by:

- ☒ the presumptive deadline *(90 days from the date of the order referring the case to ADR, unless otherwise ordered.)*
- ☐ other requested deadline:

Date: September 7, 2016      ____/s/Kenneth E. Keller_____
　　　　　　　　　　　　　　　Attorneys for Plaintiff Chanel, Inc.

Date: September 7, 2016      ____/s/Brian Wang_____
　　　　　　　　　　　　　　　Attorneys for Defendant Hsiao Yin Fu

☒ IT IS SO ORDERED
☐ IT IS SO ORDERED WITH MODIFICATIONS:

Date: 9/9/2016

_____
U.S. DISTRICT/~~MAGISTRATE~~ JUDGE

> *Important!* E-file this form in ECF using the appropriate event among these choices: "Stipulation & Proposed Order Selecting Mediation" or "Stipulation & Proposed Order Selecting ENE" or "Stipulation & Proposed Order Selecting Private ADR."

*Form ADR-Stip rev. 7-2016*

**CERTIFICATION OF CONCURRENCE OF SIGNATURES**

I, Kenneth E. Keller, am the ECF User whose ID and password are being used to file this ADR Stipulation and [Proposed] Order Selecting ADR Process. I hereby certify that I have obtained concurrence in the filing of this document from each of the other signatories in accordance with Civil L.R. 5-1(i)(3).

Dated: September 7, 2016                    KELLER, SLOAN, ROMAN & HOLLAND LLP


                                            By: ____/s/ Kenneth E. Keller_____
                                                Kenneth E. Keller
                                                Attorneys for Plaintiff Chanel, Inc.