UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHANEL, INC.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>HSIAO YIN FU,<br><br>　　　　Defendant. | Case No. 16-cv-02259-EMC<br><br>**SECOND ORDER RE SUPPLEMENTAL BRIEFING AND/OR EVIDENCE**<br><br>Docket No. 61 |

Chanel has moved for a default judgment against Ms. Fu.  As part of its motion, Chanel asks to be awarded its attorney's fees.  Chanel has submitted its billing records to support its fee request.  With regard to the billing records, Chanel notes that it has redacted some of the records and that the redactions reflect "tasks for which we do not seek reimbursement, and, in a handful of entries, privileged information."  Docket No. 63-2 (Keller Decl. ¶ 9).  Because the redactions give rise to some ambiguity, the Court hereby orders as follows.

(1)　Chanel shall identify which entries represent tasks for which it does not seek reimbursement and shall identify how much time has been excluded as a result.

(2)　Chanel shall identify which entries have been redacted for privileged information and shall clarify whether it is seeking reimbursement for those redacted tasks.  If reimbursement is not being sought, then Chanel shall identify how much time has been excluded.

**The supplemental papers shall be filed no later than noon on March 15, 2017.**

**IT IS SO ORDERED**.

Dated: March 14, 2017

_____
EDWARD M. CHEN
United States District Judge